# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DANIEL WOOD**                      **PLAINTIFF**

**v.**                     **No. 3:16CV42-MPM-RP**

**DESOTO COUNTY SHERIFF'S**
**DEPARTMENT, ET AL.**               **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the motions [77], [121], [140] by the defendants for summary judgment will be granted, and judgment will be entered if favor of the defendants in all respects. This case is **CLOSED**.

**SO ORDERED**, this, the 24th day of May, 2017.

                                        **/s/ MICHAEL P. MILLS**
                                        **UNITED STATES DISTRICT JUDGE**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**